**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OMAR ORTIZ-FLORES (1),<br><br>　　　　　　　Defendant. | CASE NO. 10CR2692-JM<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

___ 　of the offense(s) as charged in the Indictment/Information:

_____

_____

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 20, 2012

　　　　　　　　　　　　　　　　　　Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　U.S. District Judge